UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-00013-RJ

| | |
|---|---|
| APRIL CARPER, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| KILOLO KIJAKAZI, ) Acting Commissioner of ) Social Security, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings, which will include an opportunity for a new hearing before an administrative law judge. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 19 day of July, 2023.

ROBERT B. JONES, JR.
United States Magistrate Judge